OSCN Found Document:IN THE MATTER OF THE STRIKING OF NAMES OF OBA MEMBERS FOR NONPAYMENT OF 2025 DUES

 

 
 IN THE MATTER OF THE STRIKING OF NAMES OF OBA MEMBERS FOR NONPAYMENT OF 2025 DUES2026 OK 47Case Number: SCBD-7906Decided: 06/09/2026SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2026 OK 47, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION FOR NONPAYMENT OF 2025 DUES
 

ORDER STRIKING NAMES
 

The Board of Governors of the Oklahoma Bar Association filed an Application for Order Striking Names of attorneys from the Oklahoma Bar Association's membership rolls for failure to pay dues as members of the Oklahoma Bar Association for the year 2025.

Pursuant to the Rules Creating and Controlling the Oklahoma Bar Association (Rules), 5 O.S. 2011, ch. 1, app. 1, art. VIII, §2, the Oklahoma Bar Association's members named on Exhibit A, attached hereto, were suspended from membership in the Oklahoma Bar Association and prohibited from practicing law in the State of Oklahoma by this Court's Order of June 2, 2025 for failure to pay their 2025 dues in accordance with Article VIII, Section 2 of the Rules. Based upon the application, this Court finds that the Board of Governors determined at its May 15, 2026, meeting that none of the Oklahoma Bar Association members named on Exhibit A, attached hereto, have applied for reinstatement, pursuant to Article VIII, Section 4 of the Rules, at the time of the filing of its application. The Board of Governors further declared that the members named on Exhibit A, attached hereto, shall cease to be members of the Oklahoma Bar Association and that their names should therefore be stricken from the membership rolls and the Roll of Attorneys on June 2, 2026, pursuant to Article VIII, Section 5 of the Rules. This Court further finds that the actions of the Board of Governors of the Oklahoma Bar Association are in compliance with the Rules.

IT IS THEREFORE ORDERED that the attorneys named as set forth on Exhibit A, attached hereto, are hereby stricken from the Roll of Attorneys for failure to pay their dues as members of the Association for the year 2025.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THE 8TH DAY OF JUNE, 2026. 

 

                                                                                                          /s/_____________________________________ 
                                                                                                              CHIEF JUSTICE

ALL JUSTICES CONCUR

 

Exhibit "A"

Strikes For Failure to Pay 2025 Dues

 

OBA # 20603                                                                                      OBA # 33737
Robert Wayne Adcox                                                                          Lauren Ashley Fournier
PO Box 638                                                                                        15 Waterstone Dr SE
Broken Arrow, OK 74013-0638                                                           Cartersville, GA 30121-8182

OBA # 34866                                                                                      OBA # 14488
Raheela Mussarat Ahsan                                                                   Casey Carlock Harding
4411 Beechwood Ln                                                                           6804 NW Grand Blvd
Dallas, TX 75220-2009                                                                       Nichols Hills, OK 73116-5415

OBA # 17267                                                                                      OBA # 33702
Joann Uhley Babiak                                                                           Thomas Gerald Jacks
37 Parkview Cir                                                                                  8750 N. Central Expwy. Ste. 1600
Corte Madera, CA 94925-1272                                                          Dallas, TX 75231

OBA # 14355                                                                                      OBA # 11295
Vicky Jean Maine Beier                                                                      Leslie A. Ellis Kissinger
805 N 10th St                                                                                     1405 College Park Rd
Perry, OK 73077-4009                                                                       Claremore, OK 74017-2018

OBA# 783                                                                                           OBA # 35518
Dale John Billam                                                                                 Kiernan Angus McAlpine
10622 S Erie Ave                                                                                606 Leverkuhn St
Tulsa, OK 74137-7233                                                                        Houston, TX 77007

OBA # 18034                                                                                      OBA # 32465
Peri Collins                                                                                         Jeremy Glen McKinney
1506 Shannon Pl                                                                                12630 S Rosberg Dr
Carrollton, TX 75006-1500                                                                 Riverton, UT 84065-6894

OBA # 21952                                                                                      OBA # 32255
Eric John Cook                                                                                   Karissa Gandolph McKinney
1584 Bison Rd, Apt 1221                                                                   12630 S Rosberg Dr
Bartlesville, OK 74006                                                                        Riverton, UT 84065-6894

OBA # 31042                                                                                      OBA # 22465
Matthew Arthur Dunham                                                                     Robert Murl Messerli
408 Waterlane Dr                                                                                1610 S Tecumseh St
Mansfield, TX 76063-9100                                                                  Tulsa, OK 74127

OBA # 6348                                                                                         OBA # 32964
Obie Luschin Moore                                                                            Sarah Grace Trainer
107 S West ST # 104                                                                          1780 Hughes Landing Blvd Ste 750
Alexandria, VA 22314-2824                                                                The Woodlands, TX 77380-4089

OBA # 22384                                                                                      OBA # 35388
Misti Dawn Mosteller                                                                           Haley Alexis Vargas
1601 Elm St, Ste 2600                                                                        4420 Southridge Dr
Dallas, TX 75201                                                                                 Rowlett, TX 75088

OBA # 35306                                                                                       OBA # 9779
Ashley Marie Nichols                                                                           Glen Ray Winters, Jr.
8365 Windway Dr.                                                                               1045 Thornfield Ln
Windcrest, TX 78239                                                                           Las Vegas, NV 89123-0839

OBA # 30211
Odin David Perez
4669 S Rockford Ave
Tulsa, OK 74105-4815

OBA # 7055
Kenneth Daryl Perry
PO Box 218
Indiahoma, OK 73552-0218

OBA # 13762
Rebecca Gibson Rhodes
1425 Bell Trace Dr
Antioch, TN 37013-4348

OBA # 7710
Juley Maria Roffers
1603 S Boulder Ave
Tulsa, OK 74119-4407

16462
Shannon Rochelle Shirley
2225 N Elwood Ave
Tulsa, OK 74106-3659